# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-26-00172-CV

---

**Kiya Sakaris, Appellant**

**v.**

**The State of Texas and The Department of Family and Protective Services, Appellees**

---

### FROM THE 480TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 25-0866-C480, THE HONORABLE TERENCE M. DAVIS, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Kiya Sakaris appeals from the trial court's order granting the plea to the jurisdiction filed by the State of Texas and the Department of Family and Protective Services. Sakaris, an indigent pro se litigant, filed with the trial court a request for the reporter's record, seeking the record for "all hearings reflected on the trial court docket in this cause." The docket sheet reflects three hearings.

After the deadline passed for filing of the reporter's record with this Court and after the court reporter, Steven Stogel, failed to respond to this Court's notice of the overdue reporter's record, this Court ordered the court reporter to file the reporter's record by May 8, 2026. The court reporter has failed to file the record, representing to this Court that Sakaris "failed to indicate [requested] records by date and did not responde [sic] to emails from me asking for clarification."

We abate this appeal and remand this cause to the trial court for a determination of the hearing dates for which Sakaris seeks a reporter's record and for the court reporter's timely preparation of such record. We order the court reporter to file the reporter's record with this Court no later than August 20, 2026. The appeal shall be reinstated upon the filing with this Court of the reporter's record.

Before Justices Triana, Crump, and Ellis

Abated and Remanded

Filed: July 24, 2026

2